

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | No. 08-23-00072-CV |
| IN THE ESTATE OF | § | Appeal from the |
| GEORGINA A. DE CHAVEZ, | § | Probate Court No. 2 |
| Deceased. | § | of El Paso County, Texas |
| | § | (TC# 2016-CPR00081) |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the Order of September 29, 2022, and Order of Reimbursement of Attorney's Fees of February 23, 2023 issued by the court below. We further order that Appellee recover from Appellant and his sureties, if any, *see* TEX. R. APP. P. 43.5, for performance of the judgment and all costs, both in this Court and the court below, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 21ST DAY OF JUNE 2024.


JEFF ALLEY, Chief Justice

Before Alley, C.J., Palafox, J., and Gabriel, J., (Senior Justice, Ret.)
Gabriel, J., (Senior Justice, Ret.) sitting by assignment